GAVAN R. MUNTER  (SBN 134924)
**TIZA SERRANO THOMPSON & ASSOCIATES**
Employees of the Corporate Law Department
State Farm Mutual Automobile Insurance Company
2710 South Gateway Oaks Dr., Suite 210
Sacramento, CA  95833
Telephone:  (916) 561-2780
Facsimile:  (916) 561-2787

Attorneys for Defendant
Debra Sue Peters

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY M. MCLENDON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RACHELLE DUNCAN; DEREK DUNCAN; JUANITA FAGAN; JEFFREY FAGAN; AND DEBBIE PETERS,<br><br>　　　　　　　Defendants. | NO.  2:11-CV-03240-JAM-EFB<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

　　　　The Motion for Summary Judgment of Defendant Debbie Peters ("Defendant") and the Cross Motion for Partial Summary Judgment of Plaintiff Kelly M. McLendon ("Plaintiff") came on for hearing on January 9, 2013 in Department 6 of the above-entitled Court, Judge John A. Mendez presiding.  Frederick H Lundblade, Esq. of Black, Chapman, Webber & Stevens appeared on behalf of Plaintiff.  Gavan R. Munter, Esq. of Tiza Serrano Thompson & Associates appeared on behalf of Defendant Debbie Peters ("Defendant.")

　　　　The Court, having reviewed and considered all moving papers submitted by Defendant Peters in support of her Motion for Summary Judgment; all papers submitted

-1-

*Order Granting Motion for Summary Judgment*

by Plaintiff McLendon in opposition to Defendant's Motion for Summary Judgment and all papers submitted by him in support of his Cross Motion for Partial Summary Judgment; and all papers submitted by Defendant Peters in reply to Plaintiff's opposition and Cross Motion; and having heard the arguments of counsel, finds as follows:

1) As to Plaintiff's cause of action for Common Law Strict Liability, the Court finds that the cause of action is inapplicable to Defendant Peters;

2) As to Plaintiff's causes of action for Negligence and Premises Liability, the Court analyzed the moving papers submitted by the parties in light of the factors set forth in Rowland v. Christian (1968) 69 Cal. 2d 108, and finds that Defendant Peters did not owe a legal duty to Plaintiff McClendon under the circumstances surrounding the subject incident.

Accordingly, it is hereby ORDERED that Defendant Debbie Peters Motion for Summary Judgment is GRANTED; and Plaintiff Kelly M. McLendon's Cross Motion for Partial Summary Judgment is DENIED.

Dated: 1/17/2013

/s/ John A. Mendez
United States District Court Judge

APPROVED AS TO FORM:

1/16/2013           /s/_____
Date                 Frederick Lundblade, Esq.

-2-

*Order Granting Motion for Summary Judgment*